## Stevenson *against* Beecker, survivor, &c.

If parties vo-
luntarily sub-
mit their cause
to referees, the
court will not
interfere to set
aside the re-
port, even on
an affidavit of
merits.

JONES, for the defendant, moved for judgment as in
case of nonsuit in this cause, upon a report of referees.
After the cause was at issue, the parties agreed to submit
it to referees, and that their report should be conclusive;
and that if they decided in favour of the defendant, he
should be entitled to a judgment of nonsuit.

*Van Vechten,* contra, read an affidavit showing that the report was wrong on the merits of the case. The suit was on a special contract, for the delivery of a certain quantity of corn, part of which only had been delivered; the referees would not allow the plaintiff to recover on a *quantum valebat,* as he had failed on the performance of the special contract. See 4 *Esp. Cases,* 95. 1 *Term,* 134. *Buller's N. P.* 139. *Esp. Dig.* 140.

*Per Curiam.* The submission to referees was in nature of an arbitration. The case does not appear to be such as required the examination of long accounts, or proper to be referred under the act. It comes, therefore, within the reason of our decision of *Miller & Underhill* v. *Vaughan.** There is no pretence of misbehaviour in the referees, and the parties having agreed that their report should b. conclusive, they must abide by it. We give no opinion on the merits.

* *Ante,* 315.

Rule granted.